UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
THE STATE OF MICHIGAN
*ex rel*. JULIE A. KOVACH, M.D.

    Plaintiffs,

vs.

JACKSON CARDIOLOGY ASSOCS.,
P.C.,  JASHU R. PATEL, M.D. and
ALLEGIANCE HEALTH

    Defendants.
_____/

**FILED *Ex Parte* IN CAMERA AND UNDER SEAL**

CIVIL NO. 2:08-CV-12339
HONORABLE AVERN L. COHN

**ORDER**

  The United States and the State of Michigan having intervened in this action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) & (b)(4)(A), and pursuant to section 10a(3)(a) of the Michigan Medicaid False Claims Act, MCL § 400.610a(3)(a), and the United States, the State of Michigan, and Relator Julie A. Kovach having filed a Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1), it is hereby ORDERED as follows:

  1. the Clerk of Court shall unseal Relator's Amended Complaint, Dkt. 40;

  2. the Clerk of Court shall unseal the Notice of Intervention, Dkt. 44;

3. the Clerk of Court shall unseal the Joint Stipulation of Dismissal, Dkt. 45;

4. the Clerk of Court shall unseal this Order;

5. the Clerk of Court shall maintain all other pleadings or Orders already on file in this matter <u>under seal</u>;

6. the Clerk of Court shall lift the seal on all matters occurring in this action <u>after</u> the date of this Order;

7. the action is hereby dismissed based on the terms of the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1), Dkt. 45.

SO ORDERED.

    S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: July 10, 2013

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 10, 2013, by electronic and/or ordinary mail.

    S/Sakne Chami
Case Manager, (313) 234-5160